1:24-cr-00232
Judge Robert W. Gettleman
Magistrate Judge Maria Valdez
DIRECT/ Cat. 3

VJD

FELONY

FILED
7/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Anosh Ahmed | Yes | No |
| Sameer Suhail | Yes | No |
| Heather Bergdahl | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **24 CR 232**
Case Title: *United States v. Heather Bergdahl*

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **24 CR 232**
Case Title: *United States v. Heather Bergdahl*
Assigned Judge: **Robert W. Gettleman, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? NO
Defendant Number (in this matter):
Supervised Release Case Number:
Supervised Release Case Title:
Assigned Judge:

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Fraud - mail/wire/bank/healthcare III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 1343; Title 18, United States Code, Section 666; Title 18, United States Code, Section 1956**

Assistant United States Attorney(s): **Sheri H. Mecklenburg**

Contact Person and Phone Number: **Sheri H. Mecklenburg, (312) 469-6030**