UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 24 CR 232 |
| ) | |
| ANOSH AHMED, ) | |
| SAMEER SUHAIL, and ) | Maria Valdez |
| HEATHER BERGDAHL ) | Magistrate Judge |

### ORDER

The UNITED STATES OF AMERICA by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, having moved this Court for the entry of an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to accept for filing the indictment, with the defendants reordered, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Clerk of Court, United States District Court for the Northern District of Illinois, accept for filing the indictment with the defendants reordered as set forth in the indictment, and that the government's motion and this Order be sealed further Order of the Court.

ENTER:

_____

MARIA VALDEZ,
Magistrate Judge

Dated: 7-11-24