

# United States District Court
# Northern District of Illinois

In the Matter of

United States of America

v.

Anosh Ahmed

Fugitive Judge *Fugitive Calendar

Case No. 24-CR-232

Designated Magistrate Judge
Maria Valdez

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    The above captioned case is currently pending on my calendar.  I request the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my request are indicated on the bottom of this form.

_Robert W. Gettleman_

**Judge Robert W. Gettleman**

Date: Tuesday, October 15, 2024

## Reason(s) For Recommendation:

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

Dated:Tuesday, October 15, 2024

District Reassignment - Named Judge

...................................................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge